UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STERLING J.M. LLAMAS,<br><br>      Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | CASE NO. C14-0699-RAJ-MAT<br><br>ORDER DISMISSING CASE AND REMANDING |

This matter comes before the court on the Report and Recommendation ("R&R") of United States Magistrate Judge Mary Alice Theiler. The court observes that no party has objected to the R&R. The court ADOPTS the R&R (Dkt. # 19), reverses the final decision of the Commissioner, DISMISSES this case, and remands to the Commissioner for further administrative proceedings consistent with the Report and Recommendation.

The clerk shall enter judgment for Plaintiff and ensure that Judge Theiler receives notice of this order.

DATED this 17th day of March, 2015.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF REMAND
PAGE - 1